# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CHERYL WALTRIP,

      Plaintiff,

v.                              CASE NO.  4:08cv581-RH/WCS

JIM McDONOUGH, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 6).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on March 26, 2009.

                           s/Robert L. Hinkle_____
                           Chief United States District Judge